IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABEL REYES,

    Plaintiff,                                CV F 06 0106 OWW WMW P

  vs.                                        ORDER RE MOTION (DOC 18 )

CALVIN SCHUSTER,

    Defendant.

Plaintiff has filed a motion for extension of time in which to file a response to Defendant's reply to the opposition to the motion to dismiss. Plaintiff is advised that a response to the reply is not a recognized pleading within the Federal Rules of Civil Procedure. The motion was submitted upon the filing of the reply to the opposition. Accordingly, IT IS HEREBY ORDERED that the motion for extension of time to file a response to the reply is denied.

IT IS SO ORDERED.

**Dated:   April 27, 2007**                   **/s/ William M. Wunderlich**
                                                                 UNITED STATES MAGISTRATE JUDGE

1