**FILED**

**JUDGMENT ENTERED**

_____Sept. 27, 2007_____
Date
by _____G. Lucas_____
Deputy Clerk

U.S. District Court
Eastern District of California

__XX____ FILE CLOSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ABEL REYES,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:06-CV-106 OWW WMW P

DR. CALVIN SCHUSTER,

_____/

      IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed.

DATED:  September 27, 2007

VICTORIA C. MINOR, Clerk

By:  /s/ GREG LUCAS
Deputy Clerk